**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT BRADLEY and JUDITH BRADLEY,** | : | **CIVIL ACTION NO. 1:06-CV-0214** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL RELOCATION SYSTEMS OF ORLANDO, INC. and SUDDATH ORLANDO,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of April, 2006, upon consideration of the correspondence (Doc. 5) from plaintiffs dated March 20, 2006 and addressed to the attention of the court, requesting that the above-captioned action be dismissed so that plaintiffs may pursue their claims in "an appropriate jurisdiction in Florida," and it appearing that defendants have not filed an answer to the complaint or a motion for summary judgment, <u>see</u> FED. R. CIV. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ."), it is hereby ORDERED that:

1.    The correspondence (Doc. 5) is CONSTRUED as a notice of dismissal.

2.    All claims against defendants National Relocation Systems of Orlando, Inc., and Suddath Orlando are DISMISSED without prejudice.

3.    The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge